Michael **HOLLOWAY, Plaintiff-Appellant,**

v.

Lieutenant **TAYLOR, correction officer; Officer Bradley, correction officer, Defendants-Appellees.**

**No. 17-7228**

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Michael Holloway, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Holloway appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holloway v. Taylor*, No. 1:16-cv-00410-LMB-MSN, 2017 WL 3485045 (E.D. Va. Aug. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*